J. Daniel Weidner (admitted *pro hac vice*)
Daniel.weidner@koleyjessen.com
**KOLEY JESSEN P.C., L.L.O.**
1125 South 103rd Street, Suite 800
Omaha, NE 68124
Telephone: 402.390.9500
and
DAVID A. YUDELSON (SBN 325316)
dyudelson@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
Telephone: 310.909.7775

Attorneys for Defendants
WILSON OVS ACQUISITION CORP.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MELVIN DUANE ROUSH REVOCABLE TRUST DATED JANUARY 7, 2003,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON OVS ACQUISITION CORP., a Delaware corporation; and DOES 1 - 50, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02479-TLN-DB<br><br>[Removal from Superior Court of California, Sacramento County Case No. 34-2019-00267485]<br><br>**ORDER GRANTING STIPULATION RESOLVING DEFENDANTS' MOTION TO JOIN REQUIRED PARTIES** |

This matter comes before the Court on the parties Stipulation to Resolve Defendants' Motion to Join Required Parties. The Court has reviewed the Stipulation and finds good cause to enter an order providing the relief requested by the parties. Accordingly, the Court orders as follows:

1. Plaintiff shall file an Amended Complaint substituting Craig Dunn and John Rau in their capacities as Trustees of the Melvin Duane Roush Revocable Trust as plaintiffs in this matter within twenty-one (21) days from the date of the Court's Order.

1
**ORDER GRANTING STIPULATION RESOLVING DEFENDANTS' MOTION
TO JOIN REQUIRED PARTIES**

2. Defendant shall have twenty-one (21) days from the date Plaintiff(s) file an Amended Complaint to file an amended Answer and Counterclaim.

Dated this 29th day of January, 2020.

_____
Troy L. Nunley
United States District Judge